IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ROBERT SALISBURY and TIFFANY SALISBURY | § § § § § | |
| Plaintiffs, | § | |
| VS. | § § | Case No. 4:12cv96 |
| FEDERAL HOME LOAN MORTGAGE CORPORATION and BANK OF AMERICA, N.A. | § § § § § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 27, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and a recommendation that Defendants' Motion to Dismiss (Dkt. 7) be GRANTED and that this matter be dismissed for failure to state a claim.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Defendants' Motion to Dismiss (Dkt. 7) is GRANTED and this matter shall be dismissed for failure to state a claim.

**IT IS SO ORDERED.**

**SIGNED this the 28th day of September, 2012.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE